# Exhibit A

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

## SUPERIOR COURT

### SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2018-5012 |
| **Plaintiff**<br>Sue Ellen Smith<br><br>v.<br><br>**Defendant**<br>Urban Smart Growth, Llc | **Attorney for the Plaintiff or the Plaintiff**<br>Stephen T. Fanning |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>405 SOUTH MAIN ST<br>PROVIDENCE RI 02903 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>1005 Main Street Unit 1201<br>Pawtucket RI 02860 |

**TO THE DEFENDANT, Urban Smart Growth, LLC:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 7/16/2018. | /s/ Henry Kinch<br>Clerk |

Witness the seal/watermark of the Superior Court

A TRUE COPY ATTEST SERVED

RI CONSTABLE #6174
JAMES F MALLINSON

SERVED 12/28

10/29/18 3:02pm

SC-CMS-1 (revised July 2014)

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

## SUPERIOR COURT

### SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2018-5012 |
| **Plaintiff**<br>Sue Ellen Smith<br>v.<br>**Defendant**<br>Urban Smart Growth, Llc | **Attorney for the Plaintiff or the Plaintiff**<br>Stephen T. Fanning |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>305 SO. MAIN ST<br>PROVIDENCE RI 02903 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>1005 Main St, Suite 1220<br>Pawtucket RI 02860 |

**TO THE DEFENDANT, USG Services Corporation:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 7/16/2018. | /s/ Henry Kinch<br>Clerk |

Witness the seal/watermark of the Superior Court

A TRUE COPY ATTEST SERVED

RI CONSTABLE #8174
JAMES F MALLINSON

SERVED 10/25/18 3:00pm

SC-CMS-1 (revised July 2014)

 

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## SUPERIOR COURT

### SUMMONS

| | Civil Action File Number |
| --- | --- |
| | PC-2018-5012 |
| **Plaintiff**<br>Sue Ellen Smith<br>v. | **Attorney for the Plaintiff or the Plaintiff**<br>Stephen T. Fanning |
| **Defendant**<br>Urban Smart Growth, Llc | **Address of the Plaintiff's Attorney or the Plaintiff**<br>305 SOUTH MAIN ST<br>PROVIDENCE RI 02903 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>1005 Main Street, Suite 1201<br>Pawtucket RI 02860 |

**TO THE DEFENDANT, Greystone Mills Artiste, LLC:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 7/16/2018. | /s/ Henry Kinch<br>Clerk |
| --- | --- |

Witness the seal/watermark of the Superior Court

A TRUE COPY ATTEST SERVED

RI CONSTABLE #8174
JAMES F MALLINSON
SERVED 10/25/18  3:02pm

SC-CMS-1 (revised July 2014)

itted: 7/16/2018 1:01 PM
lope: 1628942
iwer: Alexa G.

STATE OF RHODE ISLAND                    SUPERIOR COURT
PROVIDENCE COUNTY, S.C

SUE ELLEN SMITH,
            Plaintiff

v.                                       C.A. No.

URBAN SMART GROWTH, LLC;
USG SERVICES CORPORATION AND
GREYSTONE MILLS ARTISTE, LLC.
            Defendants

<h2 style="text-align:center">COMPLAINT</h2>

<h3 style="text-align:center">INTRODUCTORY STATEMENT</h3>

This action is commenced by SUE ELLEN SMITH (hereinafter also referred to as "Plaintiff" or "SMITH") against URBAN SMART GROWTH, LLC; USG SERVICES CORPORATION AND GREYSTONE MILLS ARTISTE, LLC. (hereinafter also referred to as "Defendants" or "Employer" or "Company"), in order to remedy and seek relief for the Defendants' unlawful and discriminatory employment practices based Plaintiff's disability/perceived disability and related retaliation in violation of, *inter alia*, The Rhode Island Civil Rights Act, The Rhode Island Fair Employment Practices Act and pursuant to the Court's pendent jurisdiction, the federal Americans with Disabilities Act and other state and federal laws.

<h3 style="text-align:center">JURISDICTION AND VENUE</h3>

1. Jurisdiction of the Court is invoked pursuant to R.I.G.L. 8-2-13 and 8-2-14. All conditions precedent to establishing this Court's jurisdiction over this action have occurred or have been complied with.

2. Considerations of judicial economy, convenience, and fairness to the litigants warrant exercise of the court's supplemental jurisdiction with respect to Plaintiff's state

itted: 7/16/2018 1:01 PM
lope: 1628942
wer: Alexa G

2

law claims. Plaintiff's state claims are so related to Plaintiff's federal claims that they form part of the same case or controversy.

3. Venue is proper in the district pursuant to <u>inter alia</u>, R.I.G.L. 9-4-4 because:

a.    The alleged unlawful practices occurred and/or are continuing to occur within the State of Rhode Island, and in the judicial district;

b.    all records relevant to the alleged unlawful practices are maintained and administered in the Defendants' place of business in the city of Pawtucket, Rhode Island.

4.    Plaintiff timely filed a formal Charge of Discrimination with the Rhode Island Commission for Human Rights ("RICHR").

5. The Plaintiff has complied with all jurisdictional prerequisites and conditions precedent to the filing of the action in state court, in each of its counts, including requesting Right To Sue Authorization, if necessary, from the pertinent administrative agency(ies). (Attachment A)

## THE PARTIES

6. The Plaintiff, Sue Ellen Smith, an individual, is a resident of Rochester, New Hampshire.

7. On information and belief, The Defendant Urban Smart Growth, LLC is a limited liability company which partially own Defendant Greystone Mills Artiste, LLC. Defendant Greystone Mills Artiste, LLC is a leasing company which entered into a leasing agreement with the Plaintiff. Defendant USG Services Corporation is a domestic corporation, maintained to operate a principal place of business located at 1005 Main Street; Pawtucket, RI 02860 and which Plaintiff was employed as a property manager.

itted: 7/16/2018 1:01 PM
lope: 1628942
wer: Alexa G.

8.  At all times material to the allegations of this Complaint, the Defendant USG has continuously, and does now, employ at least 25 or more employees in the State of Rhode Island.

9.  At all times material to the allegations of this Complaint, the Defendant has continuously been engaged in an industry affecting commerce within the meaning of those terms as applicable to pertinent provisions of the Americans with Disabilities Act, Sec. 101(5) of the ADA, 42 U.S.C. Sec. 12111(5), and Sec. 107(a) of the ADA, 42 U.S.C. Sec. 12117(a) which incorporates by reference Sections 701(g) and (h) of Title VII; and those terms are applicable to pertinent provisions of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. Sec. 2000e et seq.

10.  At all times material to the allegations of this Complaint, the Defendant was and is an "Employer" or otherwise a covered entity within the meaning of the ADA, as defined in Sec. 101(2) of the ADA, 42 U.S.C. Sec 1211(2); and as applicable in pertinent provisions of Title VII, and also under the provisions of R.I.G.L. § 42-112-1 et seq. (The Rhode Island Civil Rights Act of 1990) and R.I.G.L. § 28-5-1- et seq. (The Rhode Island Fair Employment Practices Act).

## FACTS

11.  Plaintiff worked for the employer for approximately 3 years.

12.  Plaintiff held the position of Project Manager at USG Services Corporation.

13.  Plaintiff was a dedicated employee and met the employer's legitimate expectations.

iitted: 7/16/2018 1:01 PM
ope: 1628942
wer: Alexa G\

14.     During her employment, Plaintiff was compelled to take a medical leave of absence.

15.     Plaintiff suffers from certain medical impairments including anxiety, depression and related conditions.

16.     These medical conditions affect one or more of Plaintiff's major life activities including but not limited to her ability to sleep, concentrate and perform the daily regular activities of everyday living.

17.     At all times, she was able to perform the essential functions of her job, with or without reasonable accommodation.

18.     When the Plaintiff requested leave time the employer took the position that it was not required to give her FMLA leave but that it would extend her the protections afforded by the FMLA state and federal statutes.

19.     By the employer's extending Plaintiff the protections of the RIFMLA and the FMLA, Plaintiff was eligible for *all* of the protections provided by those statutes.

20.     Plaintiff was a party to a lease agreement with Defendant Greystone Artiste Mills, LLC. in which she was provided housing as a benefit of her employment.

21.     While on approved medical leave, Plaintiff was compelled by the employer to pay rent and health insurance.

22.     The Defendants moved to evict the Plaintiff, a proceeding it ultimately did not pursue after interaction with Plaintiff's counsel.

23.     The Plaintiff was terminated in September, 2016, while on medical leave.

24.     The Plaintiff was subject to discriminatory conditions and disparate treatment in the workplace which was motivated by the Employer's animus towards her

itted: 7/16/2018 1:01 PM
lope: 1628942
wer: Alexa G.

5

based on disability/perception of disability and because she availed herself of her medical leave rights which the Employer provided to her pursuant to the FMLA/RIFMLA.

COUNT I
RHODE ISLAND FAIR EMPLOYMENT PRACTICES ACT
R.I.G.L.§28-5-1 et seq.
DISCIMINATORY TERMS AND CONDITIONS OF EMPLOYMENT
RETALIATION
TERMINATION

25.   Paragraphs 1-24 above are herein incorporated by reference in their entirety.

26.   The Defendants' discriminatory conduct, policies, and practices were undertaken with a deliberate and callous disregard for Plaintiff's rights, and are violative of the provisions of the RIFEPA, by:

a.   interfering with Plaintiff's right to avail herself of the full and equal benefit and protection of state and federal laws intended to prevent discrimination in the workplace based on disability/perceived disability;

b.   depriving Plaintiff of the status, benefits, privileges, and other terms and conditions accruing to the employment relationship to which she was entitled;

c.   treating Plaintiff in a hostile, demeaning, and otherwise unlawful manner based on her report of potentially unlawful conduct based on disability/perceived disability; and

d.   Causing Plaintiff lost income and benefits, humiliation, physical and emotional injury, as well as irreparable harm to her personal and professional reputations.

27.   The unlawful practices engaged in by the Defendants were motivated by impermissible and unlawful considerations concerning protected characteristics including

iltted: 7/16/2018 1:01 PM
lope: 1628942
iwer: Alexa Gi

6

disability/perceived disability and/or age. Such practices include, but are not limited to, Defendants:

    a.    Retaliating against Plaintiff;

    b.    Terminating the Plaintiff.

28.    But for the Defendants' intent to discriminate and retaliate against Plaintiff because of protected characteristics, Defendants would not have retaliated against Plaintiff or subjected her to discriminatory terms and conditions of employment including termination.

29.    The Defendants' conduct has unlawfully deprived Plaintiff of income, benefits, privileges, promotions, and other terms and conditions accruing to the employment relationship to which she was entitled; has caused irreparable harm to her reputation and professional mobility; and has caused her extreme humiliation, as well as physical and emotional injuries.

WHEREFORE, Plaintiff prays that judgment be entered herein against Defendants, jointly and severally, in favor of Plaintiff for all damages and equitable relief available, as hereinafter requested.

COUNT II
THE RHODE ISLAND CIVIL RIGHTS ACT OF 1990
R.I.G.L. 42-112-1 ET SEQ.
CIVIL RIGHTS OF PEOPLE WITH DISABILTIES ACT
R.I.G.L 42-87-1
DISCRIMINATORY TERMS AND CONDITIONS OF EMPLOYMENT
RETALIATION
TERMINATION

30.    Paragraphs 1-24 above are incorporated herein by reference in their entirety.

31.    Despite Plaintiff's ability to perform the duties of her position in a satisfactory manner, the Defendants unlawfully subjected Plaintiff to discriminatory terms

ltted: 7/16/2018 1:01 PM
ope: 1628942
wer: Alexa G;

7

and conditions of employment, and retaliated against Plaintiff, based on disability/perceived disability.

32.    But for the Defendants' intent to discriminate against Plaintiff because disability/perceived disability, Defendants would not have engaged in the unlawful conduct described in the preceding paragraphs.

33.    By its conduct described in the preceding paragraphs, Defendants have engaged in unlawful conduct in violation of R.I.G.L. 42-112-1 et seq.

34.    The Defendants' conduct was undertaken with a reckless and/or callous indifference to the statutorily protected rights of the Plaintiff, and has unlawfully deprived the Plaintiff of her employment, income, benefits, privileges, promotions, and other benefits accruing to the employment relationship, as well as caused harm to her personal and professional reputations, humiliation, and physical and emotional injury.

WHEREFORE, Plaintiff prays that judgment be entered herein against Defendant, jointly and severally, in favor of Plaintiff for all damages and equitable relief available, as hereinafter requested.

COUNT III
AMERICANS WITH DISABILITIES ACT
ADA-42 U.S.C. SEC. 12117
Discriminatory Terms and Conditions of Employment
Retaliation
Termination

35.    The allegations contained in Paragraphs 1-24 above are incorporated herein by reference in their entirety.

36.    Plaintiff is a qualified individual with a disability and/or was perceived as disabled by Defendants.

ltted: 7/16/2018 1:01 PM
ope: 1628942
wef: Alexa G:

8

37.    Plaintiff could perform all essential functions of her position with or without reasonable accommodation.

38.    The Defendants have engaged in unlawful employment practices in violation of the ADA, sec. 102(a), 102(b)(1) and 102(b)(5)(B), 42 U.S.C. sec.12112(a), 12112(b)(1) and 12112(b)(5(B), in addition to other sections.

39.    But for the Defendants' intent to discriminate against the Plaintiff because she holds the status as a qualified person with a disability, Defendants would not have engaged in the conduct alleged in this Complaint; would not have applied discriminatory terms and conditions of employment to the Plaintiff; retaliated against the Plaintiff or terminated Plaintiff.

WHEREFORE, Plaintiff prays that judgment be entered herein against Defendants, jointly and severally, and in favor of Plaintiff for all damages and equitable relief available, as hereinafter requested.

## COUNT IV
## RHODE ISLAND PARENTAL AND FAMILY MEDICAL LEAVE ACT
### R.I.G.L. CH. 28-48-1 ET SEQ.

40.    The allegations contained in Paragraphs 1-24 above are incorporated herein by reference in their entirety.

41.    The Defendants' discriminatory conduct, policies, and practices are violative of the provisions of the Rhode Island Parental and Family Medical Leave Act, R.I.G.L. 28-48-1 et seq.

itted: 7/16/2018 1:01 PM
lope: 1628942
wer: Alexa G.

WHEREFORE, Plaintiff prays that judgment be entered herein against Defendants,

jointly and severally, and in favor of Plaintiff for all damages and equitable relief available,

as hereinafter requested.

## COUNT V
### FEDERAL FAMILY AND MEDICAL LEAVE ACT of 1993
### 29 U.S.C. 2601 *et seq.*

42.     The allegations in Paragraphs 1-24 are incorporated herein, by reference,

in their entirety.

43.     The Defendants' discriminatory conduct, policies, and practices are

violative of the provisions of the Federal Family and Medical Leave Act, 29 U.S.C. 2601

*et seq.*

WHEREFORE, Plaintiff prays that judgment be entered herein against Defendants,

jointly and severally, and in favor of Plaintiff for all damages and equitable relief available,

as hereinafter requested.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered herein against Defendants,

jointly and severally, and in favor of Plaintiff for all damages and equitable relief available,

including, but not limited to:

nitted: 7/16/2018 1:01 PM
lope: 1628942
awer: Alexa G.

    a.    an order that the Defendants institute and carry out policies, practices and programs which provide equal employment opportunities to qualified individuals regardless of disability/perceived disability;

    b.    an order that the Defendants make whole the Plaintiff with appropriate lost earnings, benefits, and interest, in amounts to be proved at trial, and other affirmative relief necessary to eradicate the effects of their unlawful employment practices, including, but not limited to the granting to Plaintiff appropriate increases, benefits, status, and promotional opportunities of the workplace;

    c.    an order that the Defendants make whole the Plaintiff by providing compensation for any pecuniary losses, including, but not limited to, any costs incurred for health and life insurance premiums, medical treatment, losses in pension entitlement, vacation pay and other benefits,  in amounts to be determined at trial;

    d.    an order that the Defendants make whole the Plaintiff by providing compensation for non-pecuniary losses, including, but not limited to emotional pain, suffering, humiliation, and mental anguish in amounts to be proven at trial, including an appropriate award of compensatory damages pursuant to R.I.G.L. §28-50-4, 42-112-2, and 28-5-24;

    e.    grant attorney's fees and the costs of this action;

    f.    grant punitive damages, as appropriate, to punish the Defendants for its malicious conduct and/or for its reckless and/or callous indifference to the statutorily protected rights of the Plaintiff, including an appropriate award pursuant to R.I.G.L. §28-50-4, 42-112-2, and 28-5-1;

itted: 7/16/2018 1:01 PM
lope: 1628942
swer: Alexa G:

g.     grant an appropriate award of prejudgment interest, including an award of

interest for all damages awarded to the Plaintiff from the date this cause of action accrued,

pursuant to R.I.G.L. §9-21-10; and

h.     grant such further relief as this Court deems necessary and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands trial by jury of all issues pertinent to the causes in this Complaint

triable as of right by jury.

Respectfully Submitted,
Plaintiff, Sue Ellen Smith
By Her Attorney,
*/s/ Stephen T. Fanning*

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250/ 401-272-4520 (FAX)

STATE OF RHODE ISLAND
COMMISSION FOR HUMAN RIGHTS

RICHR NO. 18 EMD 095-40/05         EEOC NO. 16J-2017-00407
In the matter of

Sue-Ellen Smith
      Complainant

Against                                    **NOTICE OF RIGHT TO SUE**

Greystone Mills Artiste, LLC/Urban Smart
Growth, LLC and USG Services Corporation
      Respondents

This NOTICE OF RIGHT TO SUE is issued to the above-cited complainant pursuant to Section 28-5-24.1(a) of the General Laws of Rhode Island because more than one hundred and twenty (120) days and less than two (2) years have elapsed since the charge was filed, the Commission is unable to secure a settlement or conciliation agreement, the Commission has not commenced hearings on a complaint and the complainant has requested a Right To Sue. With the issuance of this NOTICE OF RIGHT TO SUE, the Commission is terminating any further processing of this charge.

In the event that the above-cited matter includes allegations against individually-named employees of a respondent employer under the Rhode Island Fair Employment Practices Act, please note that recent Rhode Island Supreme Court decision in <u>Mancini v. City of Providence</u>, 2017 WL 924178 (R.I. Mar. 8, 2017), held that employees of a respondent employer are not individually liable under the Act. Please consult the decision and/or an attorney to determine how the decision affects this case. The decision also may be found at: <u>https://www.courts.ri.gov/Courts/SupremeCourt/SupremeOpinions/14-88.pdf</u>

This NOTICE OF RIGHT TO SUE is issued at the complainant's request. If the complainant intends to sue, S/HE MUST DO SO WITHIN NINETY (90) DAYS FROM THE DATE OF THIS NOTICE: OTHERWISE THE RIGHT TO SUE IS LOST.

On Behalf of the Commission

4/18/18

_____          _____
Date                                     Michael D. Évora
                                         Executive Director

ase number: PC-2018-3042
led in Providence/Bristol County Superior Court
ubmitted: 7/16/2018 1:01 PM
nvelope: 1628942
eviewer: Alexa G.

# CERTIFICATION

I certify that on **April 18, 2018** I sent out a **NOTICE OF RIGHT TO SUE** to Sue-**Ellen Smith vs. Greystone Mills Artiste, LLC/Urban Smart, Growth, LLC and USG Services Corporation RICHR NO.18 EMD 095-40/05** to the following persons:

| | |
|---|---|
| Ms. Sue Ellen-Smith<br>10 South Main Street, 1st Floor<br>Rochester, NH  03867 | Lance Jay Robbins, President<br>USG Services Corporation<br>1005 Main Street, Unit 1220<br>Pawtucket, RI  02860 |
| Stephen T. Fanning, Esq.<br>Law Office<br>305 South Main Street<br>Providence, R.I. 02903 | Lance Jay Robbins, President<br>Urban Smart Growth, LLC<br>1005 Main Street, Unit 1201<br>Pawtucket, RI  02860 |
| Keith E. Fayan<br>Agent for Service<br>1005 Main Street<br>Suite 1204<br>Pawtucket, RI  02860 | Lance Jay Robbins, President<br>Greystone Mills Artiste<br>1005 Main Street, Unit 1201<br>Pawtucket, RI  02860 |
| | Jennifer L. Luzzi, Esq.<br>Alicia J. Simolis, Esq.<br>Partridge Snow & Hahn LLP<br>40 Westminster Street<br>Suite 1100<br>Providence, RI  02903 |
| | |
| | Zaida Rivera<br>Administrative Clerk<br>Wednesday, April 18, 2018 |

ase Number: PC-2018-3012
led in Providence/Bristol County Superior Court
ubmitted: 7/18/2018 1:07 PM
Envelope: 1628942
eviewer: Alexa G.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Sue-Ellen Smith**<br>**10 South Main Street**<br>**1st Fl.**<br>**Rochester, NH 03867** | From: **Boston Area Office**<br>**John F. Kennedy Fed Bldg**<br>**Government Ctr, Room 475**<br>**Boston, MA 02203** |

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **16J-2017-00407** | **Amon L. Kinsey, Jr.,**<br>**Supervisory Investigator** | **(617) 565-3189** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☒ Other (*briefly state*)   **Charging Party is pursuing claims in another forum.**

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

*Kenneth An*   May 2, 2018

**Feng K. An,**
**Area Office Director**   *(Date Mailed)*

Enclosures(s)

cc:

**GREYSTONE MILLS ARTISTE, LLC**
**1005 Main Street**
**Pawtucket, RI 02860**

**Stephen T. Fanning, Esq.**
**305 South Main Street**
**Providence, RI 02903**

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
**Español:** Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
**Português:** Leia esta notificação em camboyano, espanhol e portugués nas páginas em anexo.



# NOTICE

## You have a case in the Rhode Island state court system.

## You have the right to an interpreter at no cost to you.

Rhode Island Supreme Court Executive Order 2012-05 states that when a Limited-English Proficient (LEP) person appears in court, the Rhode Island Judiciary will provide a free authorized interpreter for the defendant, plaintiff, witness, victim, parent of a juvenile, or someone with a significant interest in the court proceeding. This interpreting service is provided at no cost to the parties and in all types of cases, both civil and criminal. Court interpreters work in all the courthouses of the Rhode Island state court system.

**To schedule an interpreter for your day in court, you have the following options:**

1.   **Call the Office of Court Interpreters at (401) 222-8710, or**

2.   **Send an email message to interpreterfeedback@courts.ri.gov, or**

3.   **Visit the interpreters' office to schedule an interpreter:**

> **The Office of Court Interpreters**
> **Licht Judicial Complex**
> **Fourth Floor, Room 401**
> **250 Benefit Street**
> **Providence, RI 02903**

**When requesting an interpreter, please provide the following information:**

- **The name and number of your case**
- **The language you are requesting**
- **The date and time of your hearing**
- **The location of your hearing**
- **Your name and a telephone number where we can reach you or your lawyer**

For more information in Portuguese, Russian, and Spanish, including a listing of court forms that are available in Spanish, please visit our website on the internet:
http://www.courts.ri.gov/Interpreters/englishversion/default.aspx.

To request a translation of this notice into any other language, please call the Office of Court Interpreters at (401) 222-8710. It would be helpful to have an English speaker with you when you call.

The Rhode Island Judiciary is committed to making the courts accessible to all.

The Office of Court Interpreters
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
**Español:** Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
**Portugués:** Leia esta notificação em camboiano, espanhol e português nas páginas em anexo.

# A V I S O

## Usted tiene un caso en el sistema judicial de Rhode Island.

## Usted tiene el derecho a tener un intérprete sin costo para usted.

La Orden Ejecutiva 2012-05 del Tribunal Supremo de Rhode Island dicta que cuando una persona que tiene un dominio limitado del inglés (LEP) comparece ante la corte, el Sistema Judicial de Rhode Island le proveerá un intérprete autorizado gratis sea el acusado/demandado, demandante, testigo, víctima, padre de un menor de edad alguien que tenga con un interés importante en el proceso de la corte. Este servicio de interpretación se le proveerá sin costo alguno a los participantes en toda clase de caso, sea civil o penal.
Los intérpretes judiciales trabajan en todos los tribunales del Sistema Judicial de Rhode Island.

**Para solicitar un intérprete para su comparecencia en el tribunal, usted tiene las siguientes opciones:**

1. **Llamar a la Oficina de Intérpretes en el tribunal al 401-222-8710 ;**

2. **Mandar un correo electrónico a interpreterfeedback@courts.ri.gov; o**

3. **Presentarse a la Oficina de Intérpretes para solicitar un intérprete:**

> **The Office of Court Interpreters**
> **Licht Judicial Complex**
> **Cuarto Piso, Oficina 401 A-B**
> **250 Benefit Street**
> **Providence, RI 02903**

**Al solicitar un intérprete, por favor provea la siguiente información:**

- **El nombre y el número de su caso**
- **El idioma que solicita**
- **La fecha y hora de su audiencia**
- **Dónde va a tomar lugar su audiencia**
- **Su nombre y número de teléfono por el cual nos podamos poner en contacto con usted o con su abogado.**

Para obtener más información en portugués, ruso o español, incluyendo una lista de formularios de la corte que están disponibles en español, visite nuestra página de internet:

http://www.courts.ri.gov/Interpreters/englishversion/default.aspx.

Para solicitar la traducción de este aviso en cualquier otro idioma, por favor llame a la oficina de intérpretes al (401) 222-8710. Ayudaría si usted puede estar en compañía de una persona que habla inglés cuando llame.

El sistema jurídico de Rhode Island se compromete a proporcionar a todas las personas mejor acceso a los tribunales.

The Office of Court Interpreters
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
**Camboyano: SAMPLE:** [Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.]
**Español:** Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
**Português:** Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.



# NOTIFICAÇÃO

## V. Ex.ª tem um processo em curso no sistema judiciário do Estado de Rhode Island,

## V. Ex.ª tem direito aos serviços gratuitos de um intérprete.

A Ordem Executiva 2012-05 do Supremo Tribunal de Rhode Island prevê que quando uma pessoa com conhecimentos limitados da língua inglesa (*Limited-English Proficient*) (LEP) comparece em tribunal, a Administração Judiciária de Rhode Island disponibiliza-lhe gratuitamente os serviços de um intérprete autorizado a um réu, autor, testemunha, vítima, pai ou mãe de um menor ou alguém com interesse significativo no processo judicial. O serviço de intérprete é prestado gratuitamente às partes e em todos os tipos de processos, sejam eles civis ou penais. Os intérpretes do tribunal trabalham em todos os tribunais do sistema judiciário do Estado de Rhode Island.

**Para agendar os serviços de um intérprete para o seu dia no tribunal, tem as seguintes opções:**

1. **Telefonar para o Gabinete de Intérpretes Judiciais através do n.º (401) 222-8710, ou**

2. **Enviar uma mensagem de correio eletrónico para <u>interpreterfeedback@courts.ri.gov</u>, ou**

3. **Deslocar-se ao gabinete de intérpretes para agendar os serviços de um intérprete:**

   **Gabinete de Intérpretes Judiciais**
   **Complexo Judicial Licht**
   **Quarto Piso, Sala 401**
   **250 Benefit Street**
   **Providence, RI 02903**

**Quando solicitar os serviços de um intérprete deve fornecer os seguintes dados:**

- **O nome e número do seu processo**
- **O idioma que solicita**
- **A data e hora da sua audiência**
- **O local da sua audiência**
- **O seu nome e um número de telefone para o podermos contactar a si ou ao seu advogado**

Para obter mais informações em português, russo e espanhol, incluindo uma lista dos formulários judiciais disponíveis em espanhol, visite o nosso website na internet: <u>http://www.courts.ri.gov/Interpreters/englishversion/default.aspxi</u>.

Para solicitar uma tradução desta notificação para qualquer outro idioma, telefone para o Gabinete de Intérpretes Judiciais através do número (401) 222-8710. Recomenda-se que esteja acompanhado por alguém que fale inglês quando fizer a chamada.

A Administração Judiciária de Rhode Island está empenhada em tornar os tribunais acessíveis para todos.

Gabinete de Intérpretes Judiciais
Complexo Judicial Licht
Quarto Piso, Sala 401
250 Benefit Street
Providence, RI 02903

មើលសេចក្តីជូនដំណឹងនេះ:ជាភាសាខ្មែរ អេស្បាញ និងព័រទុយហ្គ័លនៅលើទំព័រដែលបានភ្ជាប់។



សេចក្តីជូនដំណឹង

លោកអ្នកមានបញ្ហានៅក្នុងប្រព័ន្ធតុលាការនៃរដ្ឋ Rhode Island។

លោកអ្នកមានសិទ្ធិស្នើសុំអ្នកបកប្រែដោយឥតគិតថ្លៃសម្រាប់ជូនឯង។

ទីកាប្រតិបត្តិរបស់តុលាការកំពូលនៃ Rhode Island (Rhode Island Supreme Court Executive Order) លេខ 2012-05 បានចែងថានៅពេលបុគ្គលដែលមានចំណេះដឹងភាសាអង់គ្លេសមានកំណត់ (LEP) បង្ហាញខ្លួននៅក្នុងតុលាការ តុលាការនៃ Rhode Island នឹងផ្តល់អ្នកបកប្រែដែលបានអនុញ្ញាតដោយឥតគិតថ្លៃសម្រាប់ចុងចោទ។ ដើម្បីជាប សាក្សី ជនរងគ្រោះ មាតាបិតារបស់អនីតិជន ឬអាណាព្យាបាលដែលពាក់ព័ន្ធយ៉ាងសំខាន់នៅក្នុងជំលោះការតុលាការ។ សេវាកម្មបកប្រែនេះ ត្រូវបានផ្តល់ជូនជាឥតគិតថ្លៃសម្រាប់ភ្ញៀវ និងនៅគ្រប់ប្រភេទនៃបញ្ហា ទាំងផ្លូវរដ្ឋ និងព្រហ្មទណ្ឌ។ អ្នកបកប្រែនៅក្នុងតុលាការនឹងរកឃើញនៅក្នុងគ្រប់តុលាការ។ ព័ងអស់របស់ប្រព័ន្ធតុលាការនៃរដ្ឋ Rhode Island។ ដើម្បីស្នើសុំការបកប្រែសូមធ្វើតាមវិធីណាមួយនៅខាងក្រោម:

1.   ទូរស័ព្ទមកកាន់កាិរិយាល័យអ្នកបកប្រែប្រចាំតុលាការតាមយ:លេខ (401) 222-8710 ឬ
2.   ផ្ញើអ៊ីម៉ែលទៅកាន់ **interpreterfeedback@courts.ri.gov** ឬ
3.   ទៅកាន់កាិរិយាល័យអ្នកបកប្រែដើម្បីស្នើការពេលផ្ទាល់ខ្លួនបកប្រែ :

**The Office of Court Interpreters**
**Licht Judicial Complex**
**Fourth Floor, Room 401**
**250 Benefit Street**
**Providence, RI 02903**

នៅពេលស្នើសុំអ្នកបកប្រែ សូមផ្តល់ព័ត៌មានដូចខាងក្រោម :

*   ឈ្មោះ និងលេខបណ្ឌិងរបស់លោកអ្នក
*   ភាសាដែលលោកអ្នកស្នើសុំ
*   កាលបរិច្ឆេទ និងម៉ោងនៃនាការរបស់លោកអ្នក
*   ទីកន្លែងនៃនាការរបស់លោកអ្នក
*   ឈ្មោះ និងលេខទូរស័ព្ទលោកអ្នកដែលរៀបឲ្យខ្លួនទៅទាក់ទងលោកអ្នក ឬមេធាវីលោកអ្នកបាន

សម្រាប់ព័ត៌មានបន្ថែមជាការសាកាីៈ៖ ឧទម្ពើល រុស្សី និងអេស្បាញ រួមទាំងឆ្នើមវេទិកាបែបបទ់ឯកសារ ៗបុព្វកកាដែលមានជាភាសាអេស្បាញ:ៈ៖ សូមចូល ទៅកាន់គេហទំព័រយើងខ្ញុំនៅលើអ៊ីនធឺណិត ៗ

http://www.courts.ri.gov/Interpreters/englishversion/default.aspx។

ដើម្បីស្នើសុំការបកប្រែនាសេចក្តីជូនដំណឹងនេះជាភាសាណាមួយឬដៀងប្រេវ សូមទូរស័ព្ទមកកាិរិយាល័យអ្នកបកប្រែប្រចាំតុលាការតាមយ:លេខ (401) 222-8710។ រាជការបាន់វាដែលត្រូវមានអ្នកនិយាយភាសាអង់គ្លេសចម្មួយរឡាយអ្នកនៅពេលលៃលោកអ្នកទូរស័ព្ទខ្ញុំណ្ខា

តុលាការ Rhode Island ប្រញាប់ឲ្យតុលាការអាចប្រើប្រាស់ធនសម្រាប់មនុស្សគ្រប់គ្នា។

កាិរិយាល័យអ្នកបកប្រែប្រចាំតុលាការ
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903